274

No. 62727.—General Preserve Co. *v.* United States, protest 58/2914 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C.C.P.A. 60, C.A.D. 638), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 6, 1959

No. 62728.—Keff Co., Inc. *v.* United States, protest 321997–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.

No. 62729.—Adolph Goldmark & Sons Corp. *v.* United States, protest 318989–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiff was sustained.

No. 62730.—Liberty Import Corp. *v.* United States, protest 58/12387 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiff was sustained.